# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 24, 2013

## NO. 03-10-00344-CR

**Jorge Mendoza Jr. aka George Mendoza Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment of conviction: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of conviction of the trial court is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.